**Order entered October 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00864-CV

## IN THE INTEREST OF S.H.V. AND P.J.V.C. CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-00307**

## ORDER

We **GRANT** appellee's October 8, 2013 unopposed motion for an extension of time to file a brief. Appellee shall file his brief on or before November 7, 2013.

/s/     ADA BROWN
JUSTICE